IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| FREEBIRD LIFE LLC,<br>    *Plaintiff,*<br>v.<br>FREEBIRD.COM,<br>    *Defendant.* | 1:25-cv-1641-MSN-LRV |

ORDER

This matter comes before the Court on the Report and Recommendation issued by Magistrate Judge Lindsey R. Vaala on December 15, 2025 (ECF 16) ("Report and Recommendation").

Based on a *de novo* review of the evidence in this case, having reviewed the Report and Recommendation, and having received no objections thereto, it appears to the Court that the Report and Recommendation is neither clearly erroneous nor contrary to law. Accordingly, this Court affirms the findings of the Magistrate Judge and it is hereby

**ORDERED** that the Recommendation (ECF 16) is **APPROVED** and **ADOPTED**; and it is further

**ORDERED** that Plaintiff's Motion for Default Judgment (ECF 12) is **GRANTED**; and it is further

**ORDERED** that default judgment is entered in favor of Plaintiff and against the Defendant Domain Name on Count II of the Complaint; and it is further

**ORDERED** that Count I of the Complaint is **DISMISSED** without prejudice; and it is further

**ORDERED** that Verisign, Inc. shall change the registrar of record for the Defendant Domain Name to Plaintiffs domain name registrar of choice, GoDaddy.com, LLC; and it is further

ORDERED that GoDaddy.com, LLC will take all necessary steps to update the registrant of the Defendant Domain Name as directed by Plaintiff; and it is further

ORDERED that Plaintiff will serve a copy of this Order on Defendant, Verisign, Inc., and GoDaddy.com LLC.

**IT IS SO ORDERED**

The Clerk is directed to forward a copy of this Order to counsel of record and to terminate this civil action.

/s/
Michael S. Nachmanoff
United States District Judge

January 20, 2026
Alexandria, Virginia